UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

**JS-6**

Case No.  EDCV 13-02022 JGB          Date: January 7, 2014

Title:  Into-Tech Automotive, Inc. v. Need for Seat.com LLC et al

========================================================================

PRESENT: HONORABLE JESUS G. BERNAL, U.S. DISTRICT JUDGE

| Maynor Galvez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                         None

PROCEEDINGS:    REOPENING/CLOSING (IN CHAMBERS)

☐    Case previously closed in error.  Make JS-5.

**XX**    Case should have been closed on entry dated December 23, 2013 Notice of Voluntary Dismissal (ECF 11).  Make JS-6.

☐    Case settled but may be reopened if settlement is not consummated within ____ days.  Make JS-6.

☐    Other _____.

☐    Entered _____.

CV-74 (08/97)                                                                     Initials of Deputy Clerk  vp for MG